Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington.

NOVEMBER 4, 2004
BRUCE RIFKIN, Clerk
By _____ Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CR04 0494P |
| v. | ) INDICTMENT |
| RUBEN LUIS LEON SHUMPERT a.k.a. AMIR ABDUL MUHAIMIN, | ) |
| Defendant. | ) |

04-CR-00494-INDI

The Grand Jury charges that:

## COUNT ONE

(Felon in Possession of a Firearm)

On or about September 19, 2004, at Seattle, within the Western District of Washington, RUBEN LUIS LEON SHUMPERT a.k.a. AMIR ABDUL MUHAIMIN, having been convicted of crimes punishable by imprisonment for a term exceeding one year, that is:

1. Attempted Unlawful Possession of a Firearm in the Superior Court for the State of Washington, King County cause number 99-1-07861-2 SEA, on March 3, 2000; and

2. Assault in the Second Degree in the Superior Court for the State of Washington, King County cause number 01-C-05234-5 SEA, on January 4, 2002; did knowingly possess in and affecting commerce a firearm, to wit: a Bryco Arms .32 caliber semiautomatic pistol and six rounds of Speer .32 caliber ammunition,

1 | all of which had been shipped and transported in interstate commerce.

2 | All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

DATED: 4 November 2004

_____
FOREPERSON

_____
JOHN MCKAY
United States Attorney

_____
CARL BLACKSTONE
Assistant United States Attorney

_____
WILLIAM H. REDKEY, JR.
Assistant United States Attorney

INDICTMENT/SHUMPERT - 2