```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

        NOV - 4 2004

         AT SEATTLE
    CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CR04 0494P** |
| Plaintiff, | CASE NO. |
| v. | ORDER ISSUING BENCH WARRANT |
| RUBEN LUIS LEON SHUMPERT, aka AMIR ABDUL MUHAIMIN, | |
| Defendant. | 04-CR-00494-ORD |

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that a Bench Warrant shall be issued and conditions of release, if any, shall be fixed at or subsequent to the initial appearance in this case.

The United States Attorney's Office has indicated that it will request a Detention Hearing based on the defendant being a flight risk.

DATED this <u>4TH</u> day of <u>November</u>, 2004.

*Monica J. Benton*

UNITED STATES MAGISTRATE JUDGE

**SECRET:** YES <u>XX</u>  NO ___

Order Issuing Bench Warrant - 1