Magistrate Judge Benton

```
____FILED      ____ENTERED
____LODGED     ____RECEIVED
```

NOV 18 2004

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR04-494P |
| Plaintiff, | |
| v. | MOTION TO UNSEAL INDICTMENT |
| RUBIN LUIS LEON SHUMPERT, | |
| Defendant. | |

COMES NOW the United States of America, by and through John McKay, United States Attorney for the Western District of Washington, and William H. Redkey, Jr., Assistant United States Attorney for said District, and move this court for an order unsealing the Indictment in the above-captioned cause. This motion is supported by the accompanying affidavit of Assistant U.S. Attorney William H. Redkey, Jr.

DATED this 18th day of November, 2004.

Respectfully submitted,

JOHN McKAY
United States Attorney

*/s/ William H. Redkey*

WILLIAM H. REDKEY, JR.
Assistant United States Attorney

04-CR-00494-M

MOTION TO UNSEAL INDICTMENT/MUHAIMIN - 1
CR04-494P

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970