Magistrate Judge Benton

```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

     NOV 18 2004

         AT SEATTLE
    CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUBIN LUIS LEON SHUMPERT,<br><br>Defendant. | NO.  CR04-494P<br><br>AFFIDAVIT OF<br>WILLIAM H. REDKEY, JR. |

I, WILLILAM H. REDKEY, JR., being first duly sworn on oath, depose and says:

1. I am an Assistant United States Attorney for the Western District of Washington and in that capacity am responsible for the prosecution of the defendant in the above-captioned cause.

2. The indictment in this case was sealed when returned by the Grand Jury because the prosecution wished to conduct a coordinated arrest operation of several defendants at a future date, and the making public of the indictment would have jeopardized the success of the coordinated effort by alerting one or more of the defendants to the pending charges and the wisdom of fleeing in order to avoid arrest.

3. All the arrests have now been accomplished. Mr. Shumpert is in state custody. Therefore, it is no longer necessary that the indictment remain sealed and I urge the court to grant the requested order.

//
//

04-CR-00494-AF

AFFIDAVIT OF WILLILAM H. REDKEY, JR. - 1
MUHAIMIN/CR04-494P

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

4. Accordingly, we ask the court to grant an order unsealing the indictment in this case.

*[signature]*
WILLIAM H. REDKEY, JR.
Assistant United States Attorney

SUBSCRIBED and SWORN to before me at Seattle, Washington, this 18th day of November, by William H. Redkey, Jr.

*Janet K. Vos.*
Notary Public
my Commission expires: 02/09/07

---

AFFIDAVIT OF WILLILAM H. REDKEY, JR. - 2
MUHAIMIN/CR04-494P

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970