Magistrate Judge Benton

FILED ___ ENTERED
LODGED ___ RECEIVED

NOV 18 2004

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

RUBIN LUIS LEON SHUMPERT,

Defendant.

NO. CR04-495L

ORDER TO UNSEAL INDICTMENT

THIS MATTER having come before the Court on the motion of the United States to unseal the Indictment in this case, and the Court being fully advised in the premises,

IT IS ORDERED that the Indictment in this case is and shall be unsealed.

DATED this 18th day of November, 2004.

MONICA J. BENTON
United States Magistrate Judge

Presented by:

WILLIAM H. REDKEY, JR.
Assistant United States Attorney

04-CR-00494-ORD

ORDER UNSEALING INDICTMENT/GARCIA - 1
CR02-385Z

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970