04-CR-00494-M

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.  CR04-494MJP |
| Plaintiff, ) | |
| v. ) | MOTION FOR DETENTION ORDER |
| RUBIN LUIS SHUMPERT, ) | |
| Defendant. ) | |

The United States moves for pretrial detention of defendant, pursuant to 18 U.S.C. § 3142(e) and (f):

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because this case involves (check all that apply):

    ___ Crime of violence (18 U.S.C. § 3156).

    ___ Maximum sentence of life imprisonment or death

    ___ 10 + year drug offense

    ___ Felony, with two prior convictions in the above categories

    XX  Serious risk the defendant will flee

    XX  Serious risk of obstruction of justice

2. <u>Reason for Detention</u>. The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    XX  Defendant's appearance as required

    XX  Safety of any other person and the community

MOTION FOR DETENTION ORDER /SHUMPERT— 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

3. <u>Rebuttable Presumption.</u> The United States will not invoke the rebuttable presumption against defendant under §3142(e). (If yes) The presumption applies because (check one or more):

    ___ Probable cause to believe defendant committed 10+ year drug offense or firearm offense under 18 U.S.C. § 924(c)

    ___ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time for Detention Hearing.</u> The United States requests the Court conduct the detention hearing:

    __XX__ At the initial appearance

    _____ After continuance of 3 days (not more than 3)

5. <u>Other matters.</u>

DATED this 15TH day of April, 2005.

    Respectfully submitted,

    JOHN McKAY
    United States Attorney

    /s/ William H. Redkey, Jr.
    WILLIAM H. REDKEY, JR.
    Assistant United States Attorney

MOTION FOR DETENTION
ORDER/HOLLIS BLOCKMAN— 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970