# United States District Court
## WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA

**RUBEN LUIS LEON SHUMPERT**
a/k/a "Amir Abdul Muhaimin"

**WARRANT FOR ARREST**

CASE NUMBER: CR04-494 P

*FILED* *ENTERED* *RECEIVED*
APR 20 2005
SEATTLE DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
MR

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___**Ruben Luis Leon Shumpert**___ and bring him or her forthwith to the nearest magistrate judge to answer a(n) INDICTMENT charging him or her with:

**Felon in Possession of a Firearm**

in violation of Title __18__ United States Code, Section(s) 922(g)(1) & 924(a)(2) _____

| James Kelly | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | November 5, 2004 at Seattle, Washington |
| Signature of Issuing Officer | Date and Location |

Bail fixed at _____ by _____

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

KING COUNTY JAIL, SEATTLE, WA

| DATE RECEIVED 11/5/04 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4/15/05 | KIERAN L. RAMSEY, FBI Special Agent | [signature] |

04-CR-00494-RCPT