HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>RUEBEN SHUMPERT, aka AMIR MUHAIMIN,<br><br>             Defendant. | NO. CR04-0494 MJP/CR04-0495 MJP<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE AND TRIAL DATE<br><br>**CLERK'S ACTION REQUIRED** |

THIS MATTER HAVING COME on/or before the Honorable Marsha J. Pechman, upon the application of Defendant Rueben Shumpert in this matter for an order continuing the pretrial motions deadline and the trial date, and the court having considered the records and files herein.

THE COURT HAVING FOUND that requiring defendant's counsel to meet the current motions cutoff deadline and trial date would deny counsel a reasonable time

*[PROPOSED]* ORDER GRANTING STIPULATED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE AND TRIAL DATE

**DOUGLAS HIATT**
ATTORNEY AT LAW
1218 THIRD AVENUE, SUITE #1800
SEATTLE, WASHINGTON 98101
(206) 262-9699 • FAX: (206) 622-3848

necessary for effective preparation, taking into consideration the exercise of due diligence, and that continuing the dates for pretrial motions and trial on the grounds that the "ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial," as permitted by 18 U.S.C. §§ 3161(h)(8)(A) (B)(ii) and (B)(iv).

IT IS HEREBY ORDERED that the pretrial motions deadline in this matter is continued from August 8, 2005, to October 10, 2005, and that the trial date is continued from September 5, 2005, to November 7, 2005.

IT IS FURTHER ORDERED that the period of time from the current trial date of September 5, 2005, until November 7, 2005, is excluded in calculating the time within which trial must begin under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A).

DATED this 9th day of August, 2005.

/S/Marsha J. Pechman
THE HONORABLE MARSHA J. PECHMAN

Presented by:
Defendant Shumpert, represented by:
s/ Douglas Hiatt
WSBA #21017
1218 Third Avenue, Suite 1800
Seattle, Washington 98101
Phone 206-262-9699
Fax 206-622-3848
douglas@surlaw.com

Approved for entry:
Plaintiff, United States, represented by:

[PROPOSED] ORDER GRANTING
STIPULATED MOTION TO CONTINUE
PRETRIAL MOTIONS DEADLINE AND
TRIAL DATE

**DOUGLAS HIATT**
ATTORNEY AT LAW
1218 THIRD AVENUE, SUITE #1800
SEATTLE, WASHINGTON 98101
(206) 262-9699 • FAX: (206) 622-3848


UNITED STATES ATTORNEY'S OFFICE
<u>s/William H. Redkey, Jr., per telephonic</u>
<u>authorization</u>
<u>WSBA#7734</u>
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone 206-553-1206
Fax 206-553-4986
<u>William.Redkey@usdoj.gov</u>

*[PROPOSED]* ORDER GRANTING STIPULATED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE AND TRIAL DATE

**DOUGLAS HIATT**
ATTORNEY AT LAW
1218 THIRD AVENUE, SUITE #1800
SEATTLE, WASHINGTON 98101
(206) 262-9699 • FAX: (206) 622-3848