Magistrate Judge

04-CR-00494-PRO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>     v.<br>RUBEN LUIS LEON SHUMPERT,<br><br>                Defendant. | NO.  CR04-494P  -495<br><br>REPORT &<br>RECOMMENDATION<br>RE: PLEA AGREEMENT<br>PURSUANT TO<br>FED. R. CRIM. P. 11(c)(1)(C) |

THIS MATTER, comes before this court on Defendant's consent to proceed before a United States Magistrate Judge for presentation of a plea agreement pursuant to Rule 11, Fed. R. Crim. P. **The plea agreement, once accepted, is binding on the court pursuant to Fed. R. Crim. P. 11(c)(1)(C)**. Accordingly this court makes the following Report and Recommendation to the sentencing Judge.

## REPORT

After examining the defendant under oath, I determined the following:

(1) that Defendant was advised of, and understands the rights set forth in Fed. R. Crim. P. 11(b)(1);

(2) that Defendant fully understands all constitutional rights set forth in the plea agreement and the extent to which any of those rights are waived;

(3) that the offense(s) to which Defendant has pleaded guilty are supported by a factual basis; and

RULE 11 PLEA/U.S. v. Shumpert
CR04-494P

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

(4) that Defendant's guilty plea was knowingly, intelligently, and voluntarily entered free from force, threats, or promises (other than promises set forth in the plea agreement;

Accordingly, I have ordered a presentence report.

### RECOMMENDATION

**This report is forwarded with the recommendation that the court defer a decision regarding acceptance of the plea agreement until the court has reviewed the presentence report pursuant to Fed. R. Crim. P. 11(c)(3)(A).**

DATED this _12_ day of December, 2005

_____
UNITED STATES MAGISTRATE JUDGE

### NOTICE

Objections to this Report and Recommendation are waived unless filed and served within ten (10) days. 28 U.S.C. § 636(b)(1)(B).

RULE 11 PLEA/U.S. v. Shumpert
CR04-494P

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970
(4) that Defendant's guilty plea was knowingly, intelligently, and voluntarily entered free from force, threats, or promises (other than promises set forth in the plea agreement;

Accordingly, I have ordered a presentence report.

### RECOMMENDATION

**This report is forwarded with the recommendation that the court defer a decision regarding acceptance of the plea agreement until the court has reviewed the presentence report pursuant to Fed. R. Crim. P. 11(c)(3)(A).**

DATED this _12_ day of December, 2005

_____
UNITED STATES MAGISTRATE JUDGE

### NOTICE

Objections to this Report and Recommendation are waived unless filed and served within ten (10) days. 28 U.S.C. § 636(b)(1)(B).

RULE 11 PLEA/U.S. v. Shumpert
CR04-494P

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970