Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) NO.   CR04-494P |
| v. | ) ORDER CONTINUING |
| RUBEN LUIS SHUMPERT, | ) TRIAL DATE |
| Defendant. | ) |

Upon consideration of the Stipulated Motion for Continuance of Trial Date, the Court finds that pursuant to Title 18, United States Code, Section 3161(h)(8)(A), the ends of justice served by continuing the trial date to September 25, 2006, outweigh the best interests of the public and the defendant in a speedy trial, in that, as set forth in the Stipulated Motion for Continuance of Trial Date, it has been demonstrated, as required by 18 U.S.C. § 3161(h)(8)(B)(iv), that failure to grant the motion would deny counsel for the defense the reasonable time necessary for effective representation, taking into account the exercise of due diligence.

WHEREFORE IT IS ORDERED that trial in this matter is continued until September 25, 2006, and the due date for motions is continued to August 24, 2006.

IT IS FURTHER ORDERED that, for the purpose of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174, the period of delay

ORDER CONTINUING TRIAL - 1
SHUMPERT/CR04-494MJP-1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220SEATTLE,
WASHINGTON 98101-1271
(206) 553-7970) 553-7970

1  from July 28, 2006, up to and including September 25, 2006, is excludable time, pursuant to 18
2  U.S.C. § 3161(h)(8)(A).
3       DATED this 10th day of August, 2006.

                                          /S/*Marsha J. Pechman*
                                          MARSHA J. PECHMAN
                                          United States District Judge

Presented by:

s/ *William H. Redkey, Jr.*
WILLIAM H. REDKEY, JR.
Assistant United States Attorney
WA Bar #7734
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:   (206) 553-1206
Fax:         (206) 553-4986
E-mail:  William.Redkey@usdoj.gov

ORDER CONTINUING TRIAL - 2
SHUMPERT/CR04-494MJP-1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220SEATTLE,
WASHINGTON 98101-1271
(206) 553-7970) 553-7970

1
2 **CERTIFICATE OF SERVICE**

3     I hereby certify that on __August 9__, 2006, I electronically filed the foregoing with the Clerk
4 of Court using the CM/ECF system which will send notification of such filing to the attorney of
5 record for the defendant. I hereby certify that I have served the attorney of record for the defendant
6 that are non CM/ECF participants via telefax.

7
8                                         s/ *Cheryl E. Walkden*
                                        CHERYL E. WALKDEN
9                                         Paralegal Specialist
                                        United States Attorney's Office
10                                        700 Stewart Street, Suite 5220
                                       Seattle, Washington 98101-1271
                                       Phone: (206) 553-1511
11                                        FAX: (206) 553-0755
                                       E-mail: Cheryl.Walkden@usdoj.gov

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER CONTINUING TRIAL - 3
SHUMPERT/CR04-494MJP-1