Chief Judge Marsha J. Pechman

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR04-0494MJP |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| RUBEN LUIS LEON SHUMPERT, a/k/a Amir Abdul Muhaimin, | |
| Defendant. | |

Upon motion by the United States of America, requesting the dismissal without prejudice of defendant Ruben Luis Shumpert, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure; this Court, having reviewed the entirety of the files herein, hereby ORDERS,

The Indictment in the above-entitle cause is DISMISSED WITHOUT PREJUDICE as to Defendant Shumpert; and,

//
//
//

ORDER OF DISMISSAL/*United States v. Ruben Luis Leon Shumpert*
CR04-0494MJP - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  The Clerk of the Court is directed to provide a copy of this Order of Dismissal to
2  the United States Marshal's Service.

3  Dated this 2nd day of September, 2014.

```
                                    _____
                                    Marsha J. Pechman
                                    United States District Judge
```

Presented by:

*s/ Todd Greenberg*
TODD GREENBERG
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101

ORDER OF DISMISSAL/*United States v. Ruben Luis Leon Shumpert*
CR04-0494MJP - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970